CO-386-online
10/03

# United States District Court
# For the District of Columbia

ASARCO, Incorporated )
)
)
)
vs   Plaintiff )   Civil Action No. _____
)
United States Environmental )
Protection Agency )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __ASARCO, Incorporated__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ASARCO, Incorporated__ which have any outstanding securities in the hands of the public:

Grupo Mexico, S.A. DE C.V.
Southern Copper Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Michael D. Nolan_ /EN
Signature

433722
BAR IDENTIFICATION NO.

Michael D. Nolan
Print Name
Milbank, Tweed, Hadley, & McCloy, LLP
1850 K St. NW, Suite 1100
Address

Washington   DC   20006
City   State   Zip Code

(202) 835-7524
Phone Number