UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASARCO, Incorporated | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:08-cv-01332-EGS |
| | ) |
| v | ) |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY L. EVANS

I, Michael D. Nolan, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move pursuant to Local Civil Rule 83.2(d) that my partner Gregory L. Evans, of the law firm of Milbank, Tweed, Hadley & McCloy, LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017, be admitted *pro hac vice* to this Court for the purposes of participating in the above-captioned matter.

In support of this motion, I submit the accompanying declaration of Gregory L. Evans as Exhibit A, and a Certificate of Good Standing as Exhibit B.

Respectfully Submitted,

/s/ Michael D. Nolan

Michael D. Nolan (D.C. Bar #433722)
MILBANK, TWEED, HADLEY & MCCLOY, LLP
1850 K Street, NW, Suite 1100
Washington, DC  20006
Tel:  (202) 835-7524
Fax: (202) 263-7524

*Counsel for Plaintiff ASARCO Incorporated*

AUGUST 6, 2008

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASARCO, Incorporated )
)
)
Plaintiff, )   Civil Action No. 1:08-cv-01332-EGS
)
v )
)
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY )
)
Defendant. )

**DECLARATION OF GREGORY L. EVANS
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

I, Gregory L. Evans, declare under penalty of perjury that:

1. My office address is 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017. My telephone number is (213) 892-4488. My facsimile number is (213) 629-5063. My e-mail address is GEvans@milbank.com.

2. I am an attorney and member of the law firm of Milbank, Tweed, Hadley & McCloy, LLP, counsel for Plaintiff ASARCO, Incorporated.

3. I am a member in good standing good standing of the bar of the State of California since 1990 (Bar. No. 147623), and I am admitted to practice before and in good standing with the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States District Court for the Eastern District of New York, and the United States Bankruptcy Court for the Southern District of Texas.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5.   I have not applied for *pro hac vice* admission to this Court within the last two years.

_____
Gregory L. Evans

AUGUST 1, 2008

2

# EXHIBIT B

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 24, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GREGORY LAWRENCE EVANS, #147623 was admitted to the practice of law in this state by the Supreme Court of California on July 20, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served with a copy of the complaint and summons on the following counsel by hand delivery or certified mail in accordance with Federal Rules of Civil Procedure 4(i) on this 6th day of August 2008:

United States Attorney's Office (Hand Delivery)
District of Columbia
c/o Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

United States Attorney General  (Certified Mail)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Environmental Protection Agency (Certified Mail)
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460


                                          /s/ Hale Cusick
                                          Hale Cusick