UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASARCO, Incorporated )<br>)<br>         Plaintiff, )<br>)<br>v )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY )<br>)<br>         Defendant. ) | Civil Action No. 1:08-cv-01332-EGS |

**[PROPOSED] ORDER FOR PRO *HAC VICE* ADMISSION**

Upon consideration of the motion of Michael D. Nolan for the *pro hac vice* admission of Gregory L. Evans and the accompanying declaration in support thereof, it is hereby

ORDERED that Gregory L. Evans be admitted to this Court *pro hac vice* to practice in the above-captioned matter.

Entered this ____ day of _____, 2008.


_____
HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE