# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASARCO, Incorporated | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:08-cv-01332-EGS |
| | ) | |
| v | ) | |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

## PROOF OF SERVICE

I, Michael D. Nolan, an active member in good standing of the Bar of the United States

District Court for the District of Columbia, respectfully submit, as Exhibit A, a true and correct

copy of an affidavit of service reflecting personal service of the summons and complaint in the

above-captioned matter upon the United States Attorney for the District of Columbia on August

8, 2008.

Respectfully Submitted,

Michael D. Nolan (D.C. Bar #433722)
MILBANK, TWEED, HADLEY & MCCLOY, LLP
1850 K Street, NW, Suite 1100
Washington, DC  20006
Tel:  (202) 835-7524
Fax: (202) 263-7524

*Counsel for Plaintiff ASARCO Incorporated*

AUGUST 13, 2008

# Exhibit A

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                    **District Of Columbia**

**ASARCO, Inc.**                                    Attorney:

    Plaintiff                    Milbank, Tweed, Hadley & McCloy LLP
                                                    Michael Nolan
vs.                                                 1850 K St., NW
                                                    Washington, DC. 20006
**United States Environmental Protection Agency**

    Defendant

**Case Number:** 1:08-CV-01332

Legal documents received by Same Day Process Service on August 08th, 2008 at 3:00 PM to be served upon **United States Attorney's Office, District of Columbia C/O Civil Process Clerk at 501 3 St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **August 08th, 2008 at 3:40 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in Civil Case; Complaint for Injunctive Relief; Consent to Proceed before a United States Magistrate Judge for all Purposes; Certificate Rule LCvR 7.1; Motion for Admission Pro Hac Vice of Gregory L. Evans, to Lakesha M. Carroll as Authorized Agent** of the within named agency, to wit: **United States Attorneys Office** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 30  Height: 5'3  Weight: 175  Skin Color: Black  Hair Color: Bkack  Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____                    District of Columbia: SS
**Brandon A. Snesko**                               Subscribed and Sworn to before me,
Process Server                                      this ___ day of AUGUST, 2008

**Same Day Process Service**
**1322 Maryland Ave., NE**                          _____
**Washington, DC 20002**                            Michael Molash, Notary Public, D.C.
                                                    My commission expires July 14, 2012
**(202) 398-4200**

Internal Job ID: 0000011780

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.