UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASARCO, Incorporated | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:08-cv-01332-EGS |
| v | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) ) ) | |
| Defendant. | ) ) | |

## PROOF OF SERVICE

I, Michael D. Nolan, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully submit, as Exhibit A, a true and correct copy of an affidavit of service reflecting service of the summons and complaint in the above-captioned matter upon the United States Environmental Protection Agency's (the "EPA") Office of General Counsel on August 19, 2008, via certified mail. I further respectfully submit, as Exhibit B, a true and correct copy of a Domestic Return Receipt evidencing successful service upon the EPA's Office of General Counsel, which was returned to my office on August 22, 2008.

Respectfully Submitted,

___/s/ Michael D. Nolan____

Michael D. Nolan (D.C. Bar #433722)
MILBANK, TWEED, HADLEY & MCCLOY, LLP
1850 K Street, NW, Suite 1100
Washington, DC  20006
Tel:  (202) 835-7524
Fax: (202) 263-7524

*Counsel for Plaintiff ASARCO Incorporated*

AUGUST 26, 2008

# Exhibit A

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE  8/19/2008 |
| NAME OF SERVER *(PRINT)*  Derek Foster || TITLE  Office Service associate |
| *Check one box below to indicate appropriate method of service* |||

    G  Served personally upon the defendant.  Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    G  Other (specify): __I personally served the Summons and Complaint on the United States Environmental Protection Agency by depositing the same with the United States Postal Service for delivery by certified mail to U.S. Environmental Protection Agency, Office of General Counsel, 1200 Pennsylvania Avenue, NW (2310A)Washington, DC 24060.__

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 25, 2008        *[signature]*
                      *Date*                      *Signature of Server*

                                         Milbank Tweed Hadley & McCloy, LLP
                                         1850 K Street, NW, Suite 1100
                                         Washington, DC 200006
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit B

# FRONT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Environmental Protection Agency
   Office of General Counsel
   1200 Pennsylvania Avenue NW
   Mail Code 2310A
   Washington DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8/22/08

D. Is delivery address different from item 1? ☐ Yes ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005-0390-0003-7004-9207

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# BACK

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sean Newell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW, Suite 1100
Washington DC 20006